```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22348
   JESSE CASTELLANOS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6438
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/29/07 and confirmed on 01/31/08.

2. The case was dismissed after confirmation, 10/03/2008.

3. The Debtor paid a total of $ 12084.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDFIRST BANK | CURRENT MORTG | .00 | .00 | .00 |
| MIDFIRST BANK | MORTGAGE ARRE | 14804.16 | .00 | 7470.08 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 2486.42 | .00 | 1254.63 |
| STARWOOD VACATION OWNERS | SECURED | .00 | .00 | .00 |
| TEMPUS RESORTS | SECURED | .00 | .00 | .00 |
| DELL FINANCIAL SERVICES | SECURED | 500.00 | 18.83 | 109.86 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| *GMAC FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NISSAN ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DELL FINANCIAL SERVICES | UNSECURED | 1321.85 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17790.58 | .00 | 1321.85 | .00 | 19112.43 |
| PRINCIPAL PAID | 8834.57 | .00 | .00 | .00 | 8834.57 |

```
INTEREST PAID                 18.83          .00          .00          .00         18.83
TOTAL PAID                  8853.40          .00          .00          .00       8853.40
```

The Debtor's attorney, LEEDERS & ASSOC LTD            , was allowed $   3500.00
and was paid $     970.00   direct and $    2530.00   through the plan.

The Trustee received $     700.60 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 01/20/09                    /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE